Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
Fax: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOCEYLYN E. BAUTISTA,<br><br>Plaintiff,<br><br>vs.<br><br>BAYVIEW FINANCIAL LOAN SERVICING, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC; and TRANS UNION, LLC,<br><br>Defendants. | Case No.: 2:16-cv-01682-RFB-NJK<br><br>**STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; AND BAYVIEW FINANCIAL LOAN SERVICING, LLC WITH PREJUDICE** |

/ / /

STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; AND BAYVIEW FINANCIAL LOAN SERVICING, LLC WITH PREJUDICE - 1

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of Defendant Bayview Loan Servicing, LLC (erroneously named as "Bayview Financial Loan Servicing, LLC"), from the above captioned action, with prejudice. Each party will bear its own fees and costs.

IT IS SO STIPULATED.

Dated this 2nd day of February, 2018.

| /s/ *Miles N. Clark* | /s/ *Andrew A. Bao* |
|---|---|
| Matthew I. Knepper, Esq.<br>Nevada Bar No. 12796<br>Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>KNEPPER & CLARK LLC<br>10040 W. Cheyenne Ave., Suite 170-109<br>Las Vegas, NV 89129<br>Email: matthew.knepper@knepperclark.com<br><br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>HAINES & KRIEGER, LLC<br>8985 S. Eastern Avenue, Suite 350<br>Henderson, Nevada 89123<br>Office: (702) 880-5554<br>Email: dkrieger@hainesandkrieger.com<br><br>*Counsel for Plaintiff* | Andrew A. Bao, Esq.<br>Nevada Bar No. 10508<br>WOLFE & WYMAN LLP<br>6757 Spencer Street<br>Las Vegas, NV 89119<br>702-476-0100<br>Fax: 702-476-0101<br>Email: aabao@wolfewyman.com<br><br>*Counsel for Defendant*<br>*Bayview Loan Servicing, LLC (erroneously named as "Bayview Financial Loan Servicing, LLC")* |

## ORDER GRANTING

## DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; AND BAYVIEW FINANCIAL

## LOAN SERVICING, LLC WITH PREJUDICE

**IT IS SO ORDERED.**

_____
RICHARD F. BOULWARE, II
United States District Judge
DATED this  5th  day of  February  2018.

STIPULATION OF DISMISSAL OF BAYVIEW LOAN SERVICING, LLC; AND BAYVIEW FINANCIAL LOAN SERVICING, LLC WITH PREJUDICE - 2